UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO.:  11-61946-CIV-ROSENBAUM-SELTZER

JEFFREY MILLER, individually,
and derivatively on behalf of Nominal
Defendants UCRC, Inc. and UCRC
Holdings, Inc.,

    Plaintiff,

v.

GARY HOSTE,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JEFFREY MILLER ("Miller") and Defendant GARY HOSTE ("Hoste"), by and through undersigned counsel, respectfully submit this Notice of Settlement, and inform the Court as follows:

    1.    Miller and Hoste have reached an agreement to resolve all outstanding issues that are before this Court.

    2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a confession of judgment, a motion for entry of final judgment pursuant to Rule 54(b), and a stipulation of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2), forthwith.

    3.    The settlement of all outstanding unresolved issues obviates the need for the trial of this cause.

SO STIPULATED between the parties this 22nd day of March, 2013.

Respectfully Submitted,

| | |
|---|---|
| **/s/ Charles L. Jaffee, Esq.** | **/s/ Howard Levine, Esq.** |
| Charles L. Jaffee, Esq. | Howard Levine, Esq. |
| Florida Bar No.: 223417 | Florida Bar No. 0075670 |
| Chuck12283@aol.com | HLevineEsq@aol.com |
| 7301-A Palmetto Park Road | Law Office of Howard Levine |
| Suite 305-C | 1560 Lenox Avenue, Suite 307 |
| Boca Raton, Florida 33433 | Miami Beach, Florida 33139 |
| Tel: (561) 416-7400 | Tel: (305) 534-0403 |
| Fax: (561) 416-7415 | Fax: (305) 672-5305 |
| *Counsel for Hoste* | *Counsel for Miller* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the following: Charles L. Jaffee, Esq. 7301-A W. Palmetto Park Road, Suite 305-C, Boca Raton, Florida 33433.

    s/ Howard Levine
HOWARD J. LEVINE, ESQ.
Fla. Bar No. 0075670