UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 11-61946-CIV-ROSENBAUM-SELTZER

JEFFREY MILLER, individually,
and derivatively on behalf of Nominal
Defendants UCRC, Inc. and UCRC
Holdings, Inc.,

    Plaintiff,
v.

GARY HOSTE,

    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JEFFREY MILLER and Defendant GARY HOSTE (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this case, each party bearing his own costs and attorney's fees. The parties stipulate that this Court shall reserve jurisdiction to enforce the settlement agreement.

SO STIPULATED between the parties this 4th day of April, 2013.

Respectfully Submitted,

| | |
|---|---|
| /s/ Charles L. Jaffee, Esq. | /s/ Howard Levine, Esq. |
| Charles L. Jaffee, Esq. | Howard Levine, Esq. |
| Florida Bar No.: 223417 | Florida Bar No. 0075670 |
| Chuck12283@aol.com | HLevineEsq@aol.com |
| 7301-A Palmetto Park Road | Law Office of Howard Levine |
| Suite 305-C | 1560 Lenox Avenue, Suite 307 |
| Boca Raton, Florida 33433 | Miami Beach, Florida 33139 |
| Tel: (561) 416-7400 | Tel: (305) 534-0403 |
| Fax: (561) 416-7415 | Fax: (305) 672-5305 |
| ***Counsel for Hoste*** | ***Counsel for Miller*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk using CM/ECF and furnished by electronic mail delivery to Howard J. Levine, Esq., 1560 Lenox Ave., Suite 307, Miami Beach, FL 33139 and all other counsel of record listed by the clerk this 4th day of April, 2013.

S/ Charles L. Jaffee
Charles L. Jaffee
7301-A W. Palmetto Park Rd., Suite 305-C
Boca Raton, FL 33433
Fl Bar#223417
Telephone: 561-416-7400
Fax:        561-416-7415
E-Mail: chuck12283@aol.com