UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61946-CIV-ROSENBAUM

JEFFREY MILLER,

    Plaintiff,

vs.

GARY HOSTE, UCRC, INC., and
UCRC HOLDINGS, INC.,

    Defendants.
_____/

### FINAL JUDGMENT UPON CONSENT

This matter is before the Court upon Plaintiff's Motion for Entry of Final Judgment [D.E. 112], Defendant Gary Hoste's Confession of Judgment [D.E. 112-1], and the parties' Joint Stipulation of Dismissal With Prejudice. [D.E. 113]. The parties have agreed to the entry of final judgment against Gary Hoste in the amount of $500,000.00 with respect to Count I of the Complaint and to the voluntary dismissal of the remaining counts of the Complaint. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Final Judgment [D.E. 112] is **GRANTED**;

2. The Court enters judgment against Defendant Gary Hoste and in favor of Plaintiff Jeffrey Miller in the amount of $500,000.00;

3. The Court shall retain jurisdiction over this matter to enforce the settlement between the parties;

4. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

As agreed, the parties are to bear their own costs and attorney's fees.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 8th day of April 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record